■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE LABOY, Appellant. [609 NYS2d 211] —Judgment, Supreme Court, Bronx County (Bonnie Wittner, J.), rendered November 17, 1992, convicting defendant, after a jury trial, of manslaughter in the first degree, and sentencing him to a term of 8⅓ to 25 years, unanimously affirmed.

We perceive no abuse of discretion in the court's limitation of defendant's attempts to impeach the eyewitness. Specifically, the court's preclusion of impeachment by means of a "prior inconsistent statement", the details of which were uncertain and susceptible to distortion, was an appropriate exercise of discretion *(People v Duncan,* 46 NY2d 74, 81, *cert denied* 442 US 910).

The court also properly exercised its discretion in preventing the defense summation from straying from the evidence *(see, People v Charles,* 61 NY2d 321, 329). Finally, the court did not display bias merely because it repeatedly made proper rulings adverse to defendant *(see, People v Martinez,* 183 AD2d 485). Concur—Rosenberger, J. P., Kupferman, Rubin and Williams, JJ.